UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                        Case No. 3:21cr127

vs.

ANTHONY RAY HILL,                  District Judge Michael J. Newman

    Defendant.

## ORDER

This criminal case is before the Court following the telephone status conference on November 23, 2021.  Attorney Cheryll A. Bennett appeared on Defendant's behalf, and George R. Painter appeared on the government's behalf.

Pursuant to 18 U.S.C. § 4241(b) and 18 U.S.C. §§ 4247(b)-(c), the Court **ORDERS** the United States Marshal Service to request that Defendant be transferred and designated to a Federal Medical Facility or other appropriate Bureau of Prisons forensic study site for a period not to exceed thirty (30) days from the date of arrival, in order to determine whether Defendant is presently "suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or assist properly in his defense" and "whether [Defendant] was insane at the time of the offense charged."  The mental health professional designated to conduct the examination shall promptly send a report to this Court pursuant to 18 U.S.C. § 4247(b) and (c).  The Court will then provided copies to counsel of record.

Such report may be mailed to the following address:

Diane Marcus
Judicial Assistant to Hon. Judge Newman
Walter Rice Federal Bldg. and Courthouse
200 West Second St., Suite 505
Dayton, Ohio 45402

**IT IS SO ORDERED**.


<u>November 23, 2021</u>  	s/Michael J. Newman
 	Hon. Michael J. Newman
 	United States District Judge

2