UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                               Case No. 3:21-cr-127

vs.

ANTHONY RAY HILL,                            District Judge Michael J. Newman

    Defendant.

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 37); (2) GRANTING THE PARTIES' JOINT MOTION FOR CHANGE OF PLEA (Doc. No. 33); (3) ACCEPTING DEFENDANT'S PLEA OF GUILTY AS CHARGED IN COUNT 4 OF THE INDICTMENT; AND (4) DEFERRING THE DECISION OF WHETHER TO ACCEPT THE PLEA AGREEMENT UNTIL THE SENTENCING HEARING**

      This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant's guilty plea.  Doc. No. 27.  There being no objections, the Court **ADOPTS** the Report and Recommendation.  The Court accepts Defendant's plea of guilty as charged in count four of the Indictment, which charges him with possessing child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B) & (b)(2).  Doc. Nos. 22, 35.  The Court will defer the decision of whether to accept the plea agreement until Defendant's sentencing hearing.

      **IT IS SO ORDERED.**

      March 8, 2024                                                                      s/*Michael J. Newman*
                                                                                       Hon. Michael J. Newman
                                                                                       United States District Judge